FILED

2003 NOV 10 P 4 47

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES FRESHER | : CIVIL ACTION NO. 303 CV 139 (DJS) |
| PLAINTIFF | : |
| V. | : |
| LIPPMAN & OUELLETTE, LLC, IRA H. LIPPMAN AND LAWRENCE A. OUELLETTE | : |
| DEFENDANTS | : NOVEMBER 6, 2003 |

<u>MOTION ON CONSENT TO EXTEND DEADLINE TO FILE CLOSING PAPERS</u>

Pursuant to Local Rule 7 (b) and the Order dated October 10, 2003, the plaintiff, Charles Fresher, hereby moves to extend by thirty (30) days, up to and including December 9, 2003, the deadline for the parties to file the closing papers following the settlement of this case. In support of this motion, the plaintiff submits that good cause exists for the granting of the extension because the parties have been working diligently to exchange releases and arrange for payment to consummate the settlement, but have been unable to do so within the present deadline. The parties reached the agreement on which

**NO ORAL ARGUMENT**

the settlement of this matter is based during the settlement conference with Magistrate Thomas Smith on October 10, 2003. The drafting and negotiating of the terms of the release, however, was more complicated than usual because of certain additional terms about which the parties needed to negotiate and reach agreement. This process was also delayed by an intervening holiday and the need for extensive communication between counsel and their respective parties on the negotiation of each of these additional terms. This has caused a slight delay in the consummation of the settlement, but as of this date the parties have reached what they believe to be a final resolution of all outstanding issues, and now merely need this brief additional time to arrange for the exchange and execution of the settlement documents.

All parties are in agreement with and have consented to the granting of this motion. This is the first motion for an extension of this deadline.

WHEREFORE, the plaintiff hereby moves to extend the deadline for filing the closing papers by 30 days, up to and including December 9, 2003.

THE PLAINTIFF, CHARLES FRESHER

By: _____
KEVIN C. SHEA (#ct 13781)
Clendenen & Shea, LLC
P.O. Box 301
400 Orange Street
New Haven, Connecticut   06502
203/787-1183

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed postage prepaid to A. Robert Fischer, Esq. and Daniel Green, Esq., Jackson Lewis LLP, 177 Broad Street, P.O. Box 251, Stamford, CT  06904-0251, on the 6th day of November 2003.

_____
CLENDENEN & SHEA, LLC