UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHARLES FRESHER**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv139(DJS) |
| **LIPPMAN & OUELLETTE, LLC,**<br>**ET AL**<br>    **Defendants** | : |

## ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff moving to reopen the case on or before **January 19, 2004**. If the plaintiff does not move to reopen the case on or before **January 19, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

The Plaintiff's Motion on Consent to Extend Deadline to File Closing Papers (Doc. #33) is hereby **DENIED as moot.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this _____ day of November, 2003.

                                            /s/DJS
                                            Dominic J. Squatrito
                                            United States District Judge