UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -4 P 2: 29
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| CHARLES FRESHER, | CIVIL ACTION NO. 303CV 139 (DJS) |
| Plaintiff, | |
| v. | |
| LIPPMAN & OUELLETTE, LLC, IRA H. LIPPMAN and LAWRENCE OUELLETTE, a/k/a LAWRENCE A. OUELLETTE, JR. | |
| Defendants. | November 19, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by any of them. It is hereby stipulated and agreed by and among the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject-matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits, with prejudice, without costs to any party as against the other.

THE PLAINTIFF

By: _____
Kevin C. Shea
CT # 13781
Clendenen & Shea, LLC
P.O. Box 301
400 Orange Street
New Haven, Connecticut 06502
Tel (203) 787-1183

THE DEFENDANTS

By: _____
DANIEL GREEN
CT # 08746
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Tel (203) 961-0404

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed this date, postage prepaid, to Kevin C. Shea, Clendenen & Shea, P.O. Box 301, New Haven, CT 06502, representing the Plaintiff, Charles Fresher.

_____
Daniel Green