UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2003 DEC 18 P 12: 20
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| **CHARLES FRESHER**<br>　Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv139(DJS) |
| **LIPPMAN & OUELLETTE, LLC,**<br>**ET AL**<br>　Defendants | : |

### ORDER

The Stipulation of Dismissal with Prejudice (Doc. #35) is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___18th___ day of December, 2003.

　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　United States District Judge

AO 72A
(Rev.8/82)